UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

Petitioner,

v.

ON HABEAS CORPUS,

Respondent.

Case No. 1:26-cv-08232-HBK (HC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA AND CLOSING CASE IN THE FRESNO DIVISION

Petitioner proceeds pro se on a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). Petitioner is incarcerated at California State Prison, Sacramento, and challenges his conviction and sentence entered by the Superior Court of San Joaquin County.

Under 28 U.S.C. § 2241(d), jurisdiction is proper in either the judicial district where Petitioner was convicted or the judicial district where he is incarcerated. A district court may transfer a civil action to another district or division where it could have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). Federal courts in California generally hear habeas petitions in the district of conviction. Favor v. California, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (citing *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

////

Petitioner is incarcerated within the Sacramento Division of this Court, and his conviction arose in San Joaquin County, which also lies within that division. The Court therefore finds, in its discretion and in furtherance of justice, that this action should be transferred to the Sacramento Division of the Eastern District of California. See 28 U.S.C. §§ 1404(a), 2241(d).

Accordingly, IT IS ORDERED:

1. The Clerk shall transfer this action to the Sacramento Division of the United States District Court for the Eastern District of California and close this action in this Court upon transfer; and
2. All future filings shall reference the new case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

Dated: October 8, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE