UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

Petitioner,

v.

UNKNOWN

Respondent.

Case No. 2:26-cv-3525-JDP (P)

ORDER

Petitioner, a state prisoner, brings this habeas action pursuant to section 2254. It was transferred from the Fresno Division of this district on October 9, 2026. He has failed, however, to either pay the filing fee or submit a completed application to proceed *in forma pauperis*.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $5. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner the appropriate *in forma pauperis* form for a prisoner proceeding in a civil rights action.

IT IS SO ORDERED.

Dated: October 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE